Kelly H. Dove (10569)
Tanya N. Lewis (8855)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email:  kdove@swlaw.com
          tlewis@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEREK MYERS,<br><br>                    Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; WELLS FARGO BANK, N.A.; FIRST SERVICE CREDIT UNION; CITIBANK, N.A. DBA CITICARDS, CBNA; and SILVER STATE SCHOOLS CREDIT UNION,<br><br>                    Defendants. | Case No. 2:22-cv-02026-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

It is hereby stipulated by and between Plaintiff Derek Myers ("Plaintiff"), through his attorneys, George Haines and Gerardo Avalos, and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

Wells Fargo's current deadline to respond to the Complaint is December 29, 2022[1].  In the interest of conserving client and judicial resources, Plaintiff and Wells Fargo stipulate and agree that Wells Fargo shall have an extension until **January 20, 2023**, in which to file its responsive pleading.

_____

[1] This is based on the service date of December 8, 2022.

4868-5638-5091

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

This is the parties' first request for an extension of time to respond to the Complaint, and is not intended to cause any delay or prejudice to any party, but is requested for good cause and so that Wells Fargo can have adequate time to prepare its response.

Dated:  December 14, 2022                    SNELL & WILMER L.L.P.


By: /s/ *Tanya N. Lewis*
    Kelly H. Dove
    Tanya N. Lewis
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada 89169

    *Attorneys for Defendant Wells Fargo Bank, N.A.*


Dated:  December 14, 2022                    FREEDOM LAW FIRM


By: /s/ *Gerardo Avalos*
    George Haines Esq.
    Gerardo Avalos Esq.
    8985 S. Eastern Ave., Suite 350
    Las Vegas, Nevada 89123

    *Attorney for Plaintiff*

    *\*e-signed with permission via email*

## ORDER

**IT IS HEREBY ORDERED THAT Wells Fargo's time to respond to Plaintiff's Complaint is extended to January 20, 2023.**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED December 15, 2022.

4868-5638-5091

- 2 -

1    Respectfully submitted by:

2    SNELL & WILMER L.L.P.

3    */s/ Tanya N. Lewis*
     Kelly H. Dove, Esq.

4    Tanya N. Lewis, Esq.
     3883 Howard Hughes Parkway, Suite 1100

5    Las Vegas, NV 89169

6    *Attorneys for Defendant Wells Fargo Bank, N.A.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

4868-5638-5091

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date, I electronically transmitted the foregoing **STIPULATION AND ORDER TO EXTEND DEFENDANT WELLS FARGO BANK, N.A.'s TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** with the Clerk of Court for the U.S. District Court, District of Nevada by using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

George Haines, Esq.
Gerardo Avalos, Esq.
FREEDOM LAW FIRM, LLC
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123
info@freedomlegalteam.com

*Attorneys for Plaintiff Derek Myers*

DATED: December 14, 2022

/s/ Susan Ballif
An employee of SNELL & WILMER L.L.P.

4868-5638-5091

- 4 -