George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
**FREEDOM LAW FIRM, LLC**
8985 South Eastern Ave., Suite 350
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Plaintiff Derek Myers*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Derek Myers,<br><br>　　　　　　Plaintiff,<br>v.<br><br>Trans Union, LLC; Equifax Information Services, LLC; Experian Information Solutions, Inc.; Wells Fargo Bank, N.A.; First Service Credit Union; Citibank, N.A. dba Citicards, CBNA; and Silver State Schools Credit Union,<br><br>　　　　　　Defendants. | Case No.: 2:22-cv-02026-RFB-BNW<br><br>**Stipulation to extend deadline to file the proposed discovery plan and scheduling order**<br><br>**(First request)** |

　　　　Derek Myers ("Plaintiff"); Wells Fargo Bank, N.A; Equifax Information Services, LLC; and First Service Credit Union ("Defendants") (jointly as the "parties"), by and through their respective counsel, hereby stipulate to extend Local Rule 26-1's deadlines for the parties to hold their initial Fed. R. Civ. P. 26(f) conference and to file their proposed discovery plan and scheduling order (the "Deadlines").

STIPULATION　　　　　　　　　　- 1 -

Good cause exists to extend the Deadlines because of excusable neglect. Due to an internal calendaring error, plaintiff's counsel failed to reach out to defense counsel and arrange to hold the discovery conference prior to the deadline to file the proposed discovery plan and scheduling order, February 17, 2023. The Parties now need additional time for counsel to coordinate to set the discovery conference and review the proposed discovery plan and scheduling order prior to filing. Additionally, the Parties are engaged in active settlement discussions that may alleviate the need to submit a proposed discovery plan.

Therefore, it is appropriate to extend the deadlines for the Parties to file their proposed discovery plan and scheduling order to allow time for the Parties to meet and confer in compliance with Local Rule 26-1(b).

The parties hereby request to extend the Deadlines by 30 days, making the new deadline for the submission of a stipulated discovery plan and scheduling order on or before **March 19, 2023**. This is the first request for an extension of this deadline.

Dated: February 22, 2023.

**FREEDOM LAW FIRM**

 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Derek Myers*

**WRIGHT, FINLAY & ZAK, LLP**

 /s/ Christina V. Miller
Christina V. Miller, Esq.
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

**HUGHES WATTERS & ASKANASE**

/s/ Michael Weems
Michael Weems, Esq.
1201 Louisiana St. 28th Floor
Houston, Texas 77002
*Counsel for First Service Credit Union*

**CLARK HILL PLLC**

/s/ Gia N. Marina
Gia N. Marina, Esq.
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
*Counsel for Equifax Information Services LLC*

**SNELL & WILMER LLP**

/s/ Tanya N. Lewis
Kelly H. Dove, Esq.
Tanya N. Lewis, Esq.
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
*Counsel for Wells Fargo Bank, N.A.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 23, 2023

STIPULATION - 3 -